## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7175 | **DATE** | January 14, 2008 |
| **CASE TITLE** | Hardaway Sr. v. Rease, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Application to Proceed *in Forma* Pauperis [3] is denied based on Plaintiff's household income. Plaintiff must pay the required filing fee on or before February 22, 2008, or the case will be dismissed for lack of prosecution.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|