APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: REGINALD T. HARDAWAY SR.
(Please print)

STREET ADDRESS: 5023 HARBOR LN.

CITY/STATE/ZIP: RICHTON PARK, IL 60471

PHONE NUMBER: 708-747-6228

CASE NUMBER: 07CV7175
JUDGE DARRAH
MAG. JUDGE DENLOW

Signature: Reginald T. Hardaway Sr.   Date: 12-21-07

FILED
DEC 21 2007
Dec. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT