Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7175 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Reginald T. Hardaway, Sr.  Vs. Rease | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for appointment of counsel is denied [10]. Status hearing set for 5/27/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|