## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Reginald T. Hardaway Sr.
                          Plaintiff,

v.                                                  Case No.: 1:07−cv−07175
                                                    Honorable John W. Darrah

Delores Rease, et al.
                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 27, 2008:

     MINUTE entry before the Honorable John W. Darrah: Plaintiff having failed to appear for the 5/27/08 status hearing, a further status hearing is set for 6/11/08 at 9:00 a.m. Plaintiff's failure to appear will result in dismissal of this case for want of prosecution. Mailed notice(maf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.